UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUN 12 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. |
| FATAI ADENIJI | § | 18 CR 315 |

### INFORMATION

THE U.S. ATTORNEY CHARGES:

#### COUNT ONE

(Fraud and False Statements – 26 U.S.C. § 7206(2))

At all times relevant to this Information:

1. Crown Financial Services was a tax return preparation services company, located in Houston, Texas, and owned and operated by the defendant, **FATAI ADENIJI**.

2. Defendant, **FATAI ADENIJI**, a resident of Houston, Texas, prepared federal tax returns for individuals and companies.

3. During calendar years 2012, 2013, 2014, 2015, and 2016, Defendant **FATAI ADENIJI** owned and operated Crown Financial Services.

4. Defendant **FATAI ADENIJI** falsified federal income tax returns for

himself and his clients by, among other things, inserting false information without the knowledge or consent of this clients. Most of the false returns contained false IRS Schedule C Forms showing false income and expenses, and false Education Credits, and false Earned Income Credit amounts, for the purpose of increasing the tax refunds due.

6. Defendant **FATAI ADENIJI** also prepared and filed false tax returns in his name for tax years 2013-2015. These returns were materially false in that they omitted most of **FATAI ADENIJI's** income earned from tax preparation, and claimed false Education Credits.

7. During the calendar year, 2016, the defendant **FATAI ADENIJI**, operating as the sole tax preparer for Crown Financial Services, in Houston, Texas, engaged in a scheme to falsify federal income returns for his clients and for himself by, among other things, incorporating both fraudulent education credits and fraudulent business operations.

8. During the calendar year 2016, **FATAI ADENIJI** prepared the tax return for taxpayer, Tajudeen Dawodu, which contained materially false information, which claimed a refund in the amount of $12,507.00, and resulted in a tax loss in the amount of $8,638.00.

In the Southern District of Texas, and elsewhere, the defendant **FATAI ADENIJI**, did willfully aid and assist in the preparation of tax returns arising under the internal revenue laws, which were fraudulent or false as to material matters, resulting in a loss to the IRS of approximately $231,158.00.

In violation of Section 7206(2), Title 26, United States Code.

## NOTICE OF FORFEITURE
### (18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c))

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**FATAI ADENIJI,**

that in the event of conviction of the any of the offenses charged in Count One of this Information, all property, real or personal, which constitutes or is derived from proceeds traceable to such offense, is subject to forfeiture.

## NOTICE OF FORFEITURE
### (18 U.S.C. § 982(a)(1))

Pursuant to Title 18, United States Code, Section 982(a)(1), the United States gives notice to defendant,

**FATAI ADENIJI,**

that upon conviction of Count Two of this Information, all property, real or personal, involved in money laundering offenses or traceable to such property, is subject to forfeiture.

## MONEY JUDGMENT AND SUBSTITUTE ASSETS

The United States may seek the imposition of a money judgment against the defendant. Defendant is notified that in the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant up to the total value of the property subject to forfeiture.

RYAN K. PATRICK
United States Attorney

BY: _____

Vernon Lewis
Assistant U. S. Attorney
(713) 567-9505